BRYANT PARK BANK, Respondent, v. PACIFIC FINANCE CORPORATION and

Leo Ritter, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.